1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5
   Attorney for Defendant
6  DIONTA D. DANIELS

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) No. CR-S-06-298 EJG
                                  )
12             Plaintiff,         )
                                  ) STIPULATION AND ORDER
13      v.                        )
                                  )
14 DIONTA D. DANIELS,             ) Date: October 6, 2006
                                  ) Time: 10:00 A.M.
15                                )
                                  ) Judge: Hon. Edward J. Garcia
16             Defendant.         )
                                  )
17 _____)

18     IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, ROBERT TWISS, Assistant United States

20 Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal

21 Defender, attorney for defendant, that a new date of October 6, 2006 be

22 set for status.  The defense has requested additional discovery from

23 the government and is conducting necessary investigation.

24     It is stipulated and agreed between the parties that the period

25 beginning September 8, 2006 to October 6, 2006 should be excluded in

26 computing the time within which the trial of the above criminal

27 prosecution must commence for purposes of the Speedy Trial Act for

28 defense preparation.  All parties stipulate and agree that this is an

appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: September 6, 2006

                                      Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/NED SMOCK
                                      NED SMOCK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      DIONTA D. DANIELS

                                      MCGREGOR W. SCOTT
                                      United States Attorney

Dated:  September 6, 2006
                                      /s/ ROBERT TWISS
                                      ROBERT TWISS
                                      Assistant U.S. Attorney

                                  **********

**ORDER**

**IT IS SO ORDERED.**

DATED:__September 6, 2006_____

                                      /s/ Edward J. Garcia
                              _____
                                      HONORABLE EDWARD J. GARCIA
                                      District Court Judge