```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  ROBERT M. TWISS
    Assistant United States Attorneys
 3  501 I Street, 10th Floor
    Sacramento, California 95814
 4  Telephone:  (916) 554-2767
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. 06-298 EJG |
|---|---|---|
| Plaintiff, | ) ) | Stipulation and Proposed Order Continuing Matter for Further |
| v. | ) ) | Proceedings |
| DIONTA DANIELS, | ) ) |  |
| Defendant. | ) ) ) |  |

It is hereby agreed and stipulated by the United States, through its undersigned counsel, and by defendant Dionta Daniels, through his counsel Assistant Federal Defender Ned Smock that the status conference scheduled for Friday, February 2, 2007, should be VACATED and CONTINUED until February 9, 2007 at 10:00 a.m. The continuance is necessary to allow the United States sufficient time to further interview witnesses pertaining to defendant's motion to suppress, to submit its opposition brief, and to allow counsel and the court sufficient time to review all briefs in advance of the hearing on the motion to suppress.

1  The United State will submit its response brief on Tuesday,
2 January 30, 2007.  The defendant will submit his reply brief, if
3 any, by close of business on Friday, February 2, 2007.  Hearing
4 to determine whether there should be an evidentiary hearing, and
5 if so the scope and date of the hearing will be on Friday,
6 February 9, 2007.
7  The parties further agree and stipulate that time should be
8 excluded under the Speedy Trial Act due to needs of counsel to
9 prepare [local code T4] up to and including February 9, 2007.
10  Accordingly, defendant Daniels and the United States agree
11 and stipulate that the status conference and hearing on
12 defendant's motion to suppress should be continued until 10:00
13 a.m. on Friday, February 9, 2007.  Defendant Daniels and the
14 United States agree and stipulate that the needs of counsel to
15 evaluate the plea offer and advise his client exceed the needs of
16 the public for a trial within 70 days, so that the interests of
17 justice warrants a further exclusion of time.
18 Dated: January 31, 2007

                                    McGREGOR W. SCOTT
                                    United States Attorney

                                By:   /s/ RMT
                                    ROBERT M. TWISS
                                    Assistant U.S. Attorney

23 Dated: January 31, 2007

                                    DIONTA DANIELS
                                    Defendant


                                By:  /s/ Ned Smock
                                    NED SMOCK
                                    Counsel for Defendant

28 ///

2

ORDER

It is so ORDERED.  The status conference and hearing on defendant's motion to suppress currently scheduled for February 2, 2007, is VACATED and CONTINUED until February 9, 2007 at 10:00 am.  Time is excluded under the Speedy Trial Act until February 9, 2007 due to the needs of counsel to prepare [Local code T4] and also the pending defense motion [local code E].  I also find that the needs of counsel to prepare exceed the needs of the public for a trial within 70 days, so that the interests of justice warrants a further exclusion of time.

Dated: February 1, 2007

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior U.S. District Judge