IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                                 CR. NO. S-06-0298 EJG

DIONTA D. DANIELS,          ORDER GRANTING MOTION FOR IN
                                            CAMERA REVIEW OF PERSONNEL
        Defendant.              RECORDS
_____/

CITY OF SACRAMENTO,

   Real Party in Interest,
_____/

     This matter is before the court on the City of Sacramento's motion for an *in camera* review of records requested pursuant to subpoena issued by counsel for defendant.  After reviewing the record and the documents submitted in support of the motion, as well as the appropriate law, the court has determined that the motion should be GRANTED.

     Accordingly, the City of Sacramento is directed to comply with the subpoena attached as Exhibit A to its motion by

1

1  submitting to the court, directly to chambers, all records sought
2  by the subpoena **no later than 2:00 p.m. Monday March 5, 2007**.
3  The documents shall be submitted under seal.  In the event the
4  court determines that any of the records are disclosable, a
5  protective order will issue.
6      The Clerk is directed to serve a copy of this order on all
7  parties, including the City of Sacramento.
8      IT IS SO ORDERED.
9  Dated: March   2   , 2007

                                /S/ Edward J.  Garcia
                                EDWARD J. GARCIA, JUDGE
                                UNITED STATES DISTRICT COURT