```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  DIONTA D. DANIELS

 7

 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) No. CR-S-06-298 EJG
                                 )
12             Plaintiff,        )
                                 ) STIPULATION AND [PROPOSED ORDER]
13       v.                      )
                                 )
14  DIONTA D. DANIELS,           ) Date: March 6, 2007
                                 ) Time: 10:00 a.m.
15                               )
                                 ) Judge: Hon. Edward J. Garcia
16             Defendant.        )
    _____ )
17
```

18      An evidentiary hearing on defendant's motion to suppress is
19 currently scheduled for 10:00 a.m. on Tuesday, March 6, 2007.  Both
20 parties will be calling witnesses.  One of the witnesses subpoenaed by
21 the defense, Martina Lopez, has notified the parties that she will be
22 out of town on vacation on that date.  She reports that she already
23 paid for her reservation and has been denied a refund.  She is
24 currently scheduled to be back in Sacramento by Thursday, March 8.
25      Accordingly, the parties ask that the Court consider reconvening
26 the evidentiary hearing at 3:00 p.m. on Thursday, March 8 for Ms.
27 //
28 //

Lopez's testimony, which is expected to be brief.  It appears that all other witnesses will be available to testify as anticipated on Tuesday, March 6 at 10:00 a.m.

Dated: March 2, 2007

                                          Respectfully submitted,

                                          DANIEL BRODERICK
Federal Defender

/s/NED SMOCK
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
DIONTA D. DANIELS

MCGREGOR W. SCOTT
United States Attorney

Dated:  March 2, 2007

/s/ ROBERT TWISS
ROBERT TWISS
Assistant U.S. Attorney

**********

**ORDER**

**IT IS SO ORDERED.**

DATED: March 2, 2007

/s/Edward J.  Garcia
HONORABLE EDWARD J. GARCIA
District Court Judge

2