McGREGOR W. SCOTT
United States Attorney
ROBERT M. TWISS
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2767

FILED

MAY 22 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 06-298 EJG |
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS |
| v. | |
| DIONTA D. DANIELS, | |
| Defendant. | |

This matter came before the Court on March 6th and 8th for evidentiary hearing on defendant's motion to suppress, and for further hearing on the motion on March 30, 2007.

For the reasons set forth in the attached transcript of the Court's ruling on March 30, 2007, hereby incorporated by reference, the defendant's motions to suppress are DENIED.

IT IS SO ORDERED.

Dated: May 17, 2007

EDWARD J. GARCIA
Senior U.S. District Judge